OHIO STATE BAR ASSOCIATION *v.* OHRALIK.

(D. D. No. 76-8—Decided December 15, 1976.)

220

*Mr. John R. Welch, Mr. Albert L. Bell, Mr. Edward N. Heiser* and *Mr. James S. Patrick,* for relator.

*Mr. Walter S. Haffner,* for respondent.

*Per Curiam.* DR 2-103(A) of the Code of Professional Responsibility provides:

"A lawyer shall not recommend employment, as a private practitioner, of himself, his partner, or associate to a non-lawyer who has not sought his advice regarding employment of a lawyer."

DR 2-104(A) reads:

"A lawyer who has given unsolicited advice to a layman that he should obtain counsel or take legal action shall not accept employment resulting from that advice, except that: * * * [exceptions not applicable here]."

A review of the record before us reflects ample, uncontroverted evidence supportive of the finding of the Board of Commissioners on Grievances and Discipline that respondent, Albert Ohralik, violated DR 2-103(A) and DR 2-104(A), set forth above, in soliciting and obtaining agreements from Carol McClintock and Wanda Lou Holbert to represent each of them in their respective claims for damages arising out of the accident of February 2, 1974.

It is the considered judgment of this court that respondent be indefinitely suspended from the practice of law for these unethical violations of the Code of Professional Responsibility.

*Judgment accordingly.*

O'NEILL, C. J., HERBERT, CORRIGAN, STERN, CELEBREZZE, W. BROWN and P. BROWN, JJ., concur.